Certificate Number: 12433-PAE-DE-033245190

Bankruptcy Case Number: 19-13290



12433-PAE-DE-033245190

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 12, 2019, at 11:07 o'clock PM EDT, Fred Smith, Jr. completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 13, 2019          By:    /s/Lisa Susoev

                               Name:  Lisa Susoev

                               Title: Teacher

Certificate Number: 12433-PAE-DE-033245192

Bankruptcy Case Number: 19-13290



12433-PAE-DE-033245192

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 12, 2019</u>, at <u>11:07</u> o'clock <u>PM EDT</u>, <u>Imani N. Molock-Smith</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>August 13, 2019</u>          By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>