IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                          :        Chapter 13


Fred  Smith, Jr.                :        Case No. 19-13290-MDC
xxx-xx-2760
Imani N Molock-Smith
xxx-xx-1263
        Debtor

AMENDED

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

    The future earnings of the above named debtor are subject to the
continuing supervision and control of the Court for the purpose of
enforcing and carrying out the debtor's plan.

    IT IS THEREFORE ORDERED that the employer of the debtor shall deduct
from the wages of the debtor, beginning with the next pay period after
receipt of the Order the sum of

<u>$980.00 EVERY TWO WEEKS.</u>

    The employer shall continue these deductions until further Order of this
Court and shall remit all monies withheld from the Debtor's wages at least
monthly, or more frequently to the Standing Trustee whose name and address
appear below

_Magdeline D. Coleman_                               October 9, 2019
HONORABLE MAGDELINE D. COLEMAN      DATED:
CHIEF UNITED STATES BANKRUPTCY JUDGE


<u>Make checks payable to:</u>          David M. Offen Esq.
William C. Miller, Trustee          Suite 160 West, Curtis Ctr.
P.O. Box 1799                       Philadelphia, PA 19106
Memphis, TN  38101-1799             (215) 625-9600


Payroll Controller
Gateway Foundation
55 E. Jackson, Ste. 1500
Chicago, IL 60604