## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Imani N. Molock-Smith<br>Fred Smith Jr.<br><br>             Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns<br>             Movant<br><br>     vs.<br><br>Imani N. Molock-Smith<br>Fred Smith Jr.<br>             Debtor(s)<br><br>William C. Miller Esq.<br>             Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 19-13290 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE

AGENCY, which was filed with the Court on or about **August 14, 2019, docket number 19**.

Respectfully submitted,


By: **/s/ Kevin G. McDonald, Esquire**
     Kevin G. McDonald, Esquire
     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA  19106
     215-627-1322
     Attorney for Movant/Applicant

October 16, 2019