*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Fred Smith, Jr. and Imani N Molock−Smith
    Debtor(s)

Case No: 19−13290−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RES−SCHEDULED TIME ONLY\*
Motion to Approve Loan Modification Filed by Imani N Molock−Smith, Fred Smith Jr. Represented by DAVID M. OFFEN

    on: 11/5/19

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/22/19

Timothy B. McGrath
Clerk of Court

42 − 30
Form 167