IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re    Fred Smith, Jr.                    )    Chapter 13
        Imani N. Molock-Smith            )
          Debtors                        )    No.  19-13290-MDC
                                               )
                                               )

**CERTIFICATION OF NO RESPONSE**

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Motion to Approve Loan Modification and respectfully request that the Order attached to the Motion be approved.

                                            /s/David M. Offen
                                            David M. Offen
                                            Attorney for Debtor(s)

Date: 10/23/19