United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13290-mdc
Fred Smith, Jr.                                                         Chapter 13
Imani N Molock-Smith
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen              Page 1 of 2             Date Rcvd: Oct 22, 2019
                              Form ID: 167              Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
```
db/jdb         +Fred Smith, Jr.,    Imani N Molock-Smith,    7757 Bennett Road,    Wyncote, PA 19095-2301
14329872       +Aes/pheaa Rehabs,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14348782       +Berkheimer, agent for Cheltenham twp/SD,     50 North Seventh Street,    Bangor, PA 18013-1731
14329875       +Cheltenham Township,    P.O. Box 25152,    Lehigh Valley, PA 18002-5152
14329876       +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14329879        Helm Assocs,    2664 Bristol Pike,    Bristol, PA 19007
14329880       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14329881       +Mercury/FBT,    Attn: Bankruptcy,    Po Box 84064,    Columbus, GA 31908-4064
14329888       +Office of UC Benefits,    Claimant Services,    P.O. Box 67503,    Harrisburg, PA 17106-7503
14364847       +Pennsylvania Housing Finance Agency,     c/o Kevin G. McDonald, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14344684       +Suntrust Bank,    ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
14329899        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14329900       +Wf/home Pr,    Attn: Bankruptcy,    Po Box 51193,    Los Angeles, CA 90051-5493
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14329871       +E-mail/Text: bankruptcy@rentacenter.com Oct 23 2019 02:57:34      Acceptance Now,
                 Attn: Acceptancenow Customer Service / B,    5501 Headquarters Dr,    Plano, TX 75024-5837
14329873       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 23 2019 02:56:44
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
14329874       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Oct 23 2019 02:59:19
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14332031       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 23 2019 02:59:45
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14340181       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 23 2019 02:59:45
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14332067       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2019 02:59:48      Capital One, N.A.,
                 c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept APS,
                 Oklahoma City, OK 73118-7901
14329877        E-mail/Text: bnc-quantum@quantum3group.com Oct 23 2019 02:56:46
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14329882       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 23 2019 02:56:58      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14363402        E-mail/PDF: pa_dc_claims@navient.com Oct 23 2019 03:10:10      NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14329887       +E-mail/Text: ecfbankruptcy@progleasing.com Oct 23 2019 02:57:03      NPRTO North-East, LLC,
                 256 West Data Dr,    Draper, UT 84020-2315
14329883       +E-mail/PDF: pa_dc_claims@navient.com Oct 23 2019 03:10:10      Navient,    Attn: Bankruptcy,
                 Po Box 9000,    Wiles-Barr, PA 18773-9000
14343325       +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Oct 23 2019 02:56:40
                 Navient Solutions, LLC. on behalf of,    Ascendium Education Solutions Inc.,    Po Box 8961,
                 Madison WI 53708-8961
14364833       +E-mail/Text: blegal@phfa.org Oct 23 2019 02:57:01      PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14329889        E-mail/Text: blegal@phfa.org Oct 23 2019 02:57:01      Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14329892        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 23 2019 02:59:46
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14329891       +E-mail/Text: bankruptcy@philapark.org Oct 23 2019 02:57:26      Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
14329895        E-mail/Text: bnc-quantum@quantum3group.com Oct 23 2019 02:56:46
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14332490        E-mail/Text: bnc-quantum@quantum3group.com Oct 23 2019 02:56:46
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14329897       +E-mail/Text: bncmail@w-legal.com Oct 23 2019 02:57:04      TD BANK USA, N.A.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
14329898        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 23 2019 03:10:20      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                               TOTAL: 20
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14329878*       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14329884*      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
14329885*      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
14329886*      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
```

```
District/off: 0313-2          User: Eileen              Page 2 of 2                  Date Rcvd: Oct 22, 2019
                              Form ID: 167              Total Noticed: 33


              ***** BYPASSED RECIPIENTS (continued) *****
14329890*        ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,     HARRISBURG PA 17101-1406
                   (address filed with court:   Pennsylvania Housing Finance Agency,    Attn: Bankruptcy,
                    Po Box 8029,    Harrisburg, PA 17105)
14329893*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                   (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
                    Norfolk, VA 23541)
14329894*        ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                   (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
                    Norfolk, VA 23541)
14329896         ##+Simon & Simon PC,    1515 Market St Ste 1600,    Philadelphia, PA 19102-1919
                                                                                             TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Fred  Smith, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Joint Debtor Imani N Molock-Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Fred Smith, Jr. and Imani N Molock−Smith
    Debtor(s)

Case No: 19−13290−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RES−SCHEDULED TIME ONLY\*
Motion to Approve Loan Modification Filed by Imani N Molock−Smith, Fred Smith Jr. Represented by DAVID M. OFFEN

    on: 11/5/19

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/22/19

Timothy B. McGrath
Clerk of Court

42 − 30
Form 167