IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :    Chapter 13

Fred  Smith, Jr.                          :    Case No. 19-13290-MDC
xxx-xx-2760
Imani N Molock-Smith
xxx-xx-1263
    Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$900.00 EVERY TWO WEEKS.</u>

The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

*Magdeline D. Coleman*

November 20, 2019

HONORABLE MAGDELINE D. COLEMAN          DATED:
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>                David M. Offen Esq.
William C. Miller, Trustee                Suite 160 West, Curtis Ctr.
P.O. Box 1799                             Philadelphia, PA 19106
Memphis, TN  38101-1799                   (215) 625-9600

Payroll Controller
Gateway Foundation
55 E. Jackson, Ste. 1500
Chicago, IL 60604