United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Fred Smith, Jr.  
Imani N Molock-Smith  
    Debtors

Case No. 19-13290-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Nov 20, 2019  
                     Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.
```
db/jdb       +Fred Smith, Jr.,   Imani N Molock-Smith,   7757 Bennett Road,   Wyncote, PA 19095-2301
             +Gateway Fountation,   55 E. Jackson, Ste. 1500,   Chicago, IL 60604-4137
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Nov 21 2019 04:12:00    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2019 04:11:38
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2019 04:11:48    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 21 2019 04:16:18
              Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Joint Debtor Imani N Molock-Smith dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Debtor Fred  Smith, Jr. dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :        Chapter 13

Fred  Smith, Jr.                        :        Case No. 19-13290-MDC
xxx-xx-2760
Imani N Molock-Smith
xxx-xx-1263
        Debtor


ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTORS EMPLOYER:

   The future earnings of the above named debtor are subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the debtor's plan.

   IT IS THEREFORE ORDERED that the employer of the debtor shall deduct from the wages of the debtor, beginning with the next pay period after receipt of the Order the sum of

<u>$900.00 EVERY TWO WEEKS.</u>

   The employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below

*Magdeline D. Coleman*

November 20, 2019

HONORABLE MAGDELINE D. COLEMAN        DATED:
CHIEF UNITED STATES BANKRUPTCY JUDGE

<u>Make checks payable to:</u>         David M. Offen Esq.
William C. Miller, Trustee            Suite 160 West, Curtis Ctr.
P.O. Box 1799                         Philadelphia, PA 19106
Memphis, TN  38101-1799               (215) 625-9600


Payroll Controller
Gateway Foundation
55 E. Jackson, Ste. 1500
Chicago, IL 60604