IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Fred Smith, Jr. | : | No.  19-13290-MDC |
| Imani N Molock-Smith | | |
| Debtor | | |

**PRAECIPE  TO  WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Objection to Claim #2-1 filed on February 6, 2020.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  May 12, 2020