IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :    Chapter 13

Fred Smith, Jr.                 :    No.  19-13290-MDC
Imani N Molock-Smith
  Debtor

**PRAECIPE  TO  WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Objection to Claim #3-1 filed on February 6, 2020.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  May 12, 2020