IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                          :       Chapter 13


Fred Smith, Jr.                 :       No.  19-13290-MDC
Imani N Molock-Smith
  Debtor


## PRAECIPE  TO  WITHDRAW


Pursuant to the above-captioned matter, kindly withdraw the
Objection to Claim #20-1 filed on February 6, 2020.


                        /s/ David M. Offen
                        David M. Offen, Esquire
                        Curtis Center, 1st Fl., Ste. 160 W
                        601 Walnut Street
                        Philadelphia, PA  19106
                        215-625-9600


Dated:  May 12, 2020