```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


      IN RE:
                                      :     CHAPTER 13
                                      :
         Fred Smith, Jr.              :     No. 19-13290-MDC
         Imani N. Molock-Smith        :
                Debtors
```

ORDER OF DISMISSAL AS TO DEBTOR IMANI N. MOLOCK-SMITH

AND NOW, this _____ day upon _____, 2020, upon consideration of the Motion to Dismiss Case filed by the Chapter 13 Standing Trustee, William C. Miller, Esquire and Debtors response thereto, it is hereby ORDERED and DECREED that the case is DISMISSED as to Debtor, Imani N. Molock-Smith, ONLY, and the case as to Debtor, Fred Smith, Jr. may proceed.

_____
HONORABLE MAGDELINE D. COLEMAN
CHIEF UNITED STATES BANKRUPTCY JUDGE