IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
:  CHAPTER 13
:
Fred Smith, Jr.         :  No. 19-13290-MDC
Imani N. Molock-Smith   :
    Debtors

## ORDER OF DISMISSAL AS TO DEBTOR IMANI N. MOLOCK-SMITH

AND NOW, this __6th__ day upon ____August____, 2020, upon consideration of the Motion to Dismiss Case filed by the Chapter 13 Standing Trustee, William C. Miller, Esquire and Debtors response thereto, it is hereby ORDERED and DECREED that the case is DISMISSED as to Debtor, **Imani N. Molock-Smith, ONLY,** and the case as to Debtor, Fred Smith, Jr. may proceed.

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE