United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-13290-mdc
Fred Smith, Jr.                                                       Chapter 13
Imani N Molock-Smith
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2              Date Rcvd: Aug 07, 2020
                              Form ID: pdf900          Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2020.
db/jdb         +Fred Smith, Jr.,    Imani N Molock-Smith,    7757 Bennett Road,    Wyncote, PA 19095-2301
14329872       +Aes/pheaa Rehabs,    Attn: Bankruptcy Dept,    Po Box 2461,    Harrisburg, PA 17105-2461
14348782       +Berkheimer, agent for Cheltenham twp/SD,    50 North Seventh Street,    Bangor, PA 18013-1731
14329875       +Cheltenham Township,    P.O. Box 25152,    Lehigh Valley, PA 18002-5152
14329879        Helm Assocs,   2664 Bristol Pike,    Bristol, PA 19007
14329880       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14329881       +Mercury/FBT,   Attn: Bankruptcy,    Po Box 84064,    Columbus, GA 31908-4064
14329888       +Office of UC Benefits,    Claimant Services,    P.O. Box 67503,    Harrisburg, PA 17106-7503
14364847       +Pennsylvania Housing Finance Agency,    c/o Kevin G. McDonald, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
14344684       +Suntrust Bank,    ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
14329899        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14329900       +Wf/home Pr,   Attn: Bankruptcy,    Po Box 51193,    Los Angeles, CA 90051-5493

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 08 2020 04:11:05     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 08 2020 04:10:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 08 2020 04:10:57     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2020 04:10:12
                 Quantum 3 Group LLC as agent for MOMA Trust LLC,    PO Box 788,    Kirkland, WA  98083-0788
14329871       +E-mail/Text: bankruptcy@rentacenter.com Aug 08 2020 04:11:22     Acceptance Now,
                 Attn: Acceptancenow Customer Service / B,    5501 Headquarters Dr,    Plano, TX 75024-5837
14329873       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 08 2020 04:10:06
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,    Po Box 183853,    Arlington, TX 76096-3853
14329874       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 08 2020 04:06:53
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14332031       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 08 2020 04:06:00
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14340181       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 08 2020 04:07:55
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14332067       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2020 04:08:01     Capital One, N.A.,
                 c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept APS,
                 Oklahoma City, OK 73118-7901
14329876       +E-mail/Text: ebnnotifications@creditacceptance.com Aug 08 2020 04:09:56     Credit Acceptance,
                 25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14329877        E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2020 04:10:12
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
14329882       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 08 2020 04:10:42     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14363402        E-mail/PDF: pa_dc_claims@navient.com Aug 08 2020 04:06:52     NAVIENT PC TRUST,
                 C/O Navient Solutions, LLC.,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
14329887       +E-mail/Text: ecfbankruptcy@progleasing.com Aug 08 2020 04:10:47     NPRTO North-East, LLC,
                 256 West Data Dr,    Draper, UT 84020-2315
14329883       +E-mail/PDF: pa_dc_claims@navient.com Aug 08 2020 04:07:56     Navient,   Attn: Bankruptcy,
                 Po Box 9000,    Wiles-Barr, PA 18773-9000
14343325       +E-mail/Text: GUARBKe-courtdocs@ascendiumeducation.org Aug 08 2020 04:09:54
                 Navient Solutions, LLC. on behalf of,    Ascendium Education Solutions Inc.,    Po Box 8961,
                 Madison WI 53708-8961
14364833       +E-mail/Text: blegal@phfa.org Aug 08 2020 04:10:45     PENNSYLVANIA HOUSING FINANCE AGENCY,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14329889        E-mail/Text: blegal@phfa.org Aug 08 2020 04:10:45     Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14329892        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 08 2020 04:06:52
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14329891       +E-mail/Text: bankruptcy@philapark.org Aug 08 2020 04:11:20     Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
14329895        E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2020 04:10:12
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14332490        E-mail/Text: bnc-quantum@quantum3group.com Aug 08 2020 04:10:12
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14329897       +E-mail/Text: bncmail@w-legal.com Aug 08 2020 04:10:49     TD BANK USA, N.A.,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
14329898        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 08 2020 04:18:24     Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 25

```
District/off: 0313-2            User: JEGilmore           Page 2 of 2               Date Rcvd: Aug 07, 2020
                                Form ID: pdf900           Total Noticed: 37

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
14329878*      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
               Kirkland, WA 98083-0657
14329884*     +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
14329885*     +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
14329886*     +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
14329890*    ++PENNSYLVANIA HOUSING FINANCE AGENCY,    211 NORTH FRONT STREET,    HARRISBURG PA 17101-1406
              (address filed with court:  Pennsylvania Housing Finance Agency,    Attn: Bankruptcy,
               Po Box 8029,    Harrisburg, PA 17105)
14329893*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541)
14329894*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541)
14329896     ##+Simon & Simon PC,    1515 Market St Ste 1600,    Philadelphia, PA 19102-1919
                                                                            TOTALS: 0, * 8, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2020 at the address(es) listed below:
         DAVID M. OFFEN    on behalf of Debtor Fred   Smith, Jr. dmo160west@gmail.com,
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
         DAVID M. OFFEN    on behalf of Joint Debtor Imani N Molock-Smith dmo160west@gmail.com,
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
         KEVIN G. MCDONALD    on behalf of Creditor   PENNSYLVANIA HOUSING FINANCE AGENCY
          bkgroup@kmllawgroup.com
         LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
          dmaurer@pkh.com;mgutshall@pkh.com
         REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Quantum 3 Group LLC as agent for MOMA Trust LLC
          ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                        TOTAL: 9
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      : CHAPTER 13
                                            :
   Fred Smith, Jr.                          : No. 19-13290-MDC
   Imani N. Molock-Smith                    :
       Debtors

## ORDER OF DISMISSAL AS TO DEBTOR IMANI N. MOLOCK-SMITH

AND NOW, this __6th__ day upon _____August_____, 2020, upon consideration of the Motion to Dismiss Case filed by the Chapter 13 Standing Trustee, William C. Miller, Esquire and Debtors response thereto, it is hereby ORDERED and DECREED that the case is DISMISSED as to Debtor, **Imani N. Molock-Smith, ONLY**, and the case as to Debtor, Fred Smith, Jr. may proceed.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE