IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Fred & Imani Smith | : | No. 19-13290-MDC |
| Debtor | : | |

**CERTIFICATION OF NO RESPONSE TO**
**APPLICATION FOR COMPENSATION OF ATTORNEY FEES**

    I hereby certify that I have received no answer, objection or other responsive pleading to the Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.

Dated: 02/05/2021

/s/ David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA 19106
215-625-9600