IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Fred Smith, Jr. | : | No.  19-13290-MDC |
| Debtors | : | |

## CERTIFICATION OF NO RESPONSE TO
## MOTION TO MODIFY PLAN

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated: 11/12/2021

/s/  David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA  19106
215-625-9600