IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Fred Smith, Jr. | : | No.  19-13290-MDC |
| Debtor | : | |

## ORDER

AND NOW, this __17th__ day of __December__ 2021, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the Debtor's confirmed plan is modified and the modified plan filed as a proposed modified plan on the docket shall be the new plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE