IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :    Chapter 13

Fred Smith, Jr.                         :    Case No. 19-13290-MDC

    Debtor

**ORDER**

AND NOW, this <u>  28th  </u> day of <u>December                              </u> 2022, it is hereby Ordered that the Wage Order in effect in the above captioned matter be TERMINATED.

_____
**MAGDELINE D. COLEMAN**
**CHIEF U.S. BANKRUPTCY JUDGE**